```
              UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT CHARLESTON
```

JULIAN GREEN,

    Plaintiff,

v.                                             Civil Action No. 2:19-cv-00884

COURTLAND BRINER,
RUSSELL COOK, and
RICHARD MCKEEN,

    Defendants.

## MEMORANDUM OPINION AND ORDER

The court having received the Proposed Findings and Recommendation ("PF&R") of United States Magistrate Judge Dwane L. Tinsley, entered on July 8, 2021 (ECF No. 65); and the Magistrate Judge having recommended that the court (1) grant the defendant's motion for summary judgment, filed on November 18, 2020 (ECF No. 54), and dismiss this civil action and remove it from the court's docket; and no objection having been filed to the PF&R, it is ORDERED that the findings made in the PF&R of the Magistrate Judge (ECF No. 65) be, and they hereby are, adopted by the court and incorporated herein.

It is, accordingly, ORDERED that the defendants' motion for summary judgment (ECF No. 54) be, and hereby it is, granted. It is further ORDERED that this civil action be, and

hereby it is, dismissed with prejudice and removed from the court's docket.

The Clerk is directed to forward copies of this memorandum opinion and order to the pro se plaintiff, all counsel of record, any other unrepresented party, and the United States Magistrate Judge.

ENTER: July 30, 2021

John T. Copenhaver, Jr.
Senior United States District Judge